[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 18, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12030
Non-Argument Calendar

_____

D. C. Docket No. 07-20781-CV-KMM

RONALD SEARCY,

Plaintiff-Appellant,

versus

ANTHONY F. SANCHEZ,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 18, 2008)**

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Ronald Searcy is serving a fifteen-year sentence in a Florida prison

following a plea of guilty in the Miami-Dade County Circuit Court to a three-count information charging him with tampering with evidence, i.e., narcotics, obstructing a police officer while the officer was engaged in arresting Searcy, and attempting to flee from the officer. He is presently appealing his convictions to the Florida District Court of Appeal.

Proceeding pro se, Searcy brought this law suit against the circuit judge who presided over his case, and the lawyer he retained privately to defend him, alleging that the judge denied him his federal constitutional rights in handling the case and the lawyer denied him the effective assistance of counsel, in violation of the federal constitution. The district court referred the matter to a magistrate judge, who issued a Report and Recommendation ("R & R"), recommending that the court dismiss the case for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). The court adopted the R & R as part of its decision, and dismissed the case. Searcy now appeals.

We find no merit in Searcy's complaint for the reasons stated in the R & R, and therefore affirm the court's judgment.[1]

**AFFIRMED.**

---

[1] Searcy challenges the court's decision denying him leave to amend his complaint to add his wife as a party. The challenge is frivolous.

2